# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| **Rodney Jones,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:15-cv-222 |
| | ) | |
| vs. | ) | |
| | ) | |
| **Relax Inn, Sanjay Desai, Sheree Sai Hospitality, LLC,** | ) | |
| Defendants | ) | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 21, 2015 Order.

May 21, 2015

*Frank D. Johns* (signature)